IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN JAMES HICKS                                                    PLAINTIFF

vs.                                Civil No. 4:11-cv-4048

MILLER COUNTY
CORRECTIONAL FACILITY                                               DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed October 27, 2011, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 7.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for

failure to prosecute and failure to follow a court order.  The parties have not filed objections to the

Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are

**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge